IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: *

SHANA CHILDRESS, * Case No: 17-01222-JCO

Debtor. *

## SUMMARY OF AMENDMENTS TO PLAN

Comes Now, the undersigned counsel of the Debtor, and files this Summary of Amendments to the Amended Plan of Reorganization filed on May 5, 2017 and in support thereof states as follows;

1. Paragraph 5: Creditor Exeter Finance Corp. for the collateral 2014 Chrysler 200 has the preference payment changed to $300.00.

Dated: 10/3/2017

Respectfully Submitted,

s/ Hendrik S. Snow
HENDRIK S. SNOW (SNOWH8756)
SNOW LAW FIRM P.C.
50 Saint Emanuel Street
Mobile, AL 36602
(251) 380-8108 phone
(251) 380-8109 fax

## CERTIFICATE OF SERVICE

I certify that this pleading has been served upon the Bankruptcy Trustee Daniel O'Brien on this 3rd day of October, 2017 by filing with the U.S. Bankruptcy Court CM/ECF and upon all creditors who filed claims by first-class U.S. Mail postage pre-paid, as follows;

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Exeter Finance LLC
P.O. Box 167399
Irving, TX 75016

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090

NPRTO South-East, LLC
256 West Data Drive
Draper, UT 84020

Progressive Fed. Credit Union
1065 Springhill Ave..
Mobile, AL 36604

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41031

Norfolk VA 23541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

TD Bank / Target
PO Box 3978
Seattle WA 98124

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

W.S.Badcock Corporation
Post Office Box 724
Mulberry,FL 33860

                 s/ Hendrik S. Snow
                 HENDRIK S. SNOW